# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
*Chief Justice*

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

152489(98)

NEW COVERT GENERATING COMPANY, LLC,
        Petitioner-Appellee,

v

COVERT TOWNSHIP,
        Respondent-Appellant.
_____/

SC: 152489
COA: 320877
Tax Tribunal: 00-399578

On order of the Chief Justice, the motion of respondent-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before January 19, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015

